UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARK TAYLOR,

                Plaintiff,

  -against-

DUANE READE INC, DRI INC., both
doing business as DUANE READE at
71 West 23rd Street, New York, NY,
"JAMEL" and UNIDENTIFIED
EMPLOYEES OF DUANE READE,

                Defendants.
-----------------------------------------------------------X

JUDGMENT
04-CV- 1506 (DGT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ OCT 31 2005 ★
BROOKLYN OFFICE

      A Memorandum and Order of Honorable David G. Trager, United States District Judge, having been filed on October 27, 2005, granting defendants' motion to dismiss for lack of prosecution, pursuant to Fed. R. Civ. P. 41(b); and dismissing the matter with prejudice; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that defendants' motion to dismiss for lack of prosecution is granted; and that the matter is dismissed with prejudice.

Dated: Brooklyn, New York
       October 27, 2005

                                                  s/Robert C. Heinemann
                                                  ROBERT C. HEINEMANN
                                                  Clerk of Court